UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

R OBERT H UDSON,

                Plaintiff,                Case No. 1:10-cv-00701

v.                                                  Honorable Ellen S. Carmody

J OHN E. P OTTER,

                Defendant.
_____/

**ORDER**

       This is a civil rights action brought under 42 U.S.C. § 2000e. Plaintiff's action was dismissed by the Court on December 14, 2011. Plaintiff has appealed this determination and seeks leave to proceed *in forma pauperis* on appeal. This Court is required to certify under 28 U.S.C. § 1915(a)(3) whether an appeal would be taken in good faith. *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997). For the same reasons that the Court dismissed the action, the Court also certifies under 28 U.S.C. § 1915(a)(3) that an appeal would not be taken in good faith. Under federal law, "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). Accordingly, Plaintiff's motions to proceed as a pauper, (dkt. ## 54, 57), are **denied**.

Date: January 17, 2013                              /s/ Ellen S. Carmody
                                                      ELLEN S. CARMODY
                                                      United States Magistrate Judge